IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
FILED
DEC 1 0 2018
David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff,* | § § § | |
| v. | § § | CASE NO.   1:18-CV-183 |
| 0.646 ACRES OF LAND, MORE OR LESS SITUATE IN CAMERON COUNTY, STATE OF TEXAS; AND ELECTRIC GIN, COMPANY OF SAN BENITO, INC., ET AL. | § § § § § § | |
| *Defendant.* | § | |

## CLERK'S RECEIPT

I, David J. Bradley, Clerk of the United States District Court for the Southern District of Texas, do hereby certify that on December 10, 2016, I received from the United States of America, plaintiff herein, and deposited into the Registry of the Court, Check No. 8736-01829720, dated December 06, 2018, for the total sum of TWENTY FIVE THOUSAND FIVE HUNDRED EIGHTY FOUR DOLLARS AND TWENTY ONE CENTS, being the additional amount of just compensation in the above entitled condemnation proceeding.

CLERK, UNITED STATES DISTRICT COURT

By: _____
     Deputy Clerk